# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENTS TO THE | : | No. 128 |
| | : | |
| PENNSYLVANIA INTEREST ON | : | DISCIPLINARY RULES DOCKET |
| | : | |
| LAWYERS TRUST ACCOUNT | : | |
| | : | |
| BOARD | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 27th day of August, 2014, Gretchen Lengel Kelly, Esquire, Allegheny County, and David S. Posner, Esquire, Washington County, are hereby appointed as members of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years commencing September 1, 2014.